IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO TAYLOR,

    Plaintiff,

vs.

MEARL JUSTUS, *et al.*,

    Defendants.

Case No. 14-cv-1302-SMY-PMF

## MEMORANDUM AND ORDER

In light of the Seventh Circuit Court's recent opinion in *Perez v. Fenoglio*, No. 12-3084, 2015 WL 4092294 (7th Cir. July 7, 2015) and pursuant to Local Rule 83.1(i), the Court **APPOINTS** attorney Katharine Aplington to represent Plaintiff in this Court for all proceedings in this case. The Clerk of Court is **DIRECTED** to mail a copy of this order and the standard letter concerning appointment of counsel to attorney Katharine Aplington at HeplerBroom LLC, One Metropolitan Square, 211 North Broadway, Suite 2700, St. Louis, MO 63102.

The Court reopens discovery for a period of six months and **REFERS** this case back to Magistrate Judge Philip M. Frazier to enter a new scheduling order. Any response deadlines on pending motions are stayed until Judge Frazier enters a new scheduling order. The final pretrial conference set for 8/5/15 and the trial set for 8/24/15 are stricken. The final pretrial conference is re-scheduled for 5/25/16 at 2:00 p.m. and the trial is re-scheduled for 6/13/16 at 9:00 a.m. at the Benton Courthouse before Judge Staci M. Yandle.

**IT IS SO ORDERED.**

**DATED:** July 30, 2015

                                            s/ Staci M. Yandle
                                            **STACI M. YANDLE**
                                            **DISTRICT JUDGE**